UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. ANDERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CRAIG KOENIG, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-04368-HSG<br><br>**ORDER GRANTING REQUEST FOR SCREENING AND ORDERING DEFENDANT TO RESPOND TO REQUEST FOR PRELIMINARY INJUNCTION**<br><br>Re: Dkt. Nos. 15, 16 |

　　Plaintiff, an inmate at Correctional Training Facility ("CTF"), has filed a *pro se* action pursuant to 42 U.S.C. § 1983.  Defendant Ferguson has filed a motion requesting that the Court screen the amended complaint (Dkt. No. 14) pursuant to 28 U.S.C. § 1915A.  Dkt. No. 16.  The Court GRANTS this request.  The Court will screen the amended complaint in a separate order.  Plaintiff has filed a motion requesting a preliminary injunction and temporary restraining order.  Dkt. No. 15.  Within seven (7) days of the date of this order, defendant Ferguson shall file a response to Plaintiff's request for a temporary restraining order.

　　This order terminates Dkt. No. 16.

　　**IT IS SO ORDERED.**

Dated: 1/14/2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge