UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. ANDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>M. MCGALLON, et al.,<br><br>        Defendants. | Case No. 20-cv-04368-HSG<br><br>**ORDER REGARDING FILING OF DISCOVERY REQUESTS**<br><br>Re: Dkt. No. 23 |

Plaintiff, an inmate at Correctional Training Facility ("CTF"), has filed a *pro se* action pursuant to 42 U.S.C. § 1983. Plaintiff recently filed with the Court his requests for admissions directed at Defendants. Dkt. No. 23. Plaintiff should not file his discovery requests or responses with the Court. Discovery requests and responses normally are exchanged between the parties without any copy sent to the court. *See* Fed. R. Civ. P. 5(d) (listing discovery requests and responses that "must not" be filed with the court until they are used in the proceeding or the court orders otherwise). The Court generally is not involved in the discovery process and only becomes involved when there is a dispute between the parties about discovery responses that they cannot resolve themselves.

**IT IS SO ORDERED.**

Dated: 2/17/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge