UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT D. ANDERSON,<br>           Plaintiff,<br>   v.<br>J. FERGUSON,<br>           Defendant. | Case No. 20-cv-04368-HSG<br><br>**ORDER REFERRING CASE TO FEDERAL PRO BONO PROJECT** |

Plaintiff has filed the instant *pro se* action pursuant to 42 U.S.C. § 1983 alleging that Correctional Training Facility ("CTF") cook Ferguson sexually assaulted him on August 26, 2019 and March 20, 2020, in violation of the Eighth Amendment. Dkt. Nos. 14, 17. On March 14, 2022, the Court granted defendant Ferguson's motion to dismiss and granted in part and denied in part defendant Ferguson's motion for summary judgment. Dkt. No. 39. The Court dismissed the state law claims, and dismissed the Eighth Amendment claim arising out of the March 20, 2020 incident for failure to exhaust administrative remedies. *Id.* The Court denied summary judgment with respect to the Eighth Amendment claim arising out of the August 26, 2019 incident. *Id.* The Court referred this action to Magistrate Judge Robert Illman for settlement proceedings pursuant to the Pro Se Prisoner Mediation Program to resolve the remaining claim. *Id.* On June 16, 2022, Judge Illman reported that the parties were unable to reach an agreement at that time. Dkt. No. 45.

Because the parties have been unable to settle this case, Plaintiff is REFERRED to the Federal Pro Bono Project for location of pro bono counsel. The Clerk shall forward to the Federal Pro Bono Project a copy of this order. Upon an attorney being located to represent Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter until further order of the Court.

//

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

All proceedings in this action are stayed until four weeks from the date an attorney is appointed. Once such attorney is appointed, the Court will schedule a case management conference.

**IT IS SO ORDERED.**

Dated: 6/21/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge